NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| JERRY LEWIS JONES, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-3645 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

Jerry Lewis Jones, pro se.


PER CURIAM.

Affirmed.  See Jones v. State, 60 So. 3d 396 (Fla. 2d DCA 2011) (table

decision); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.

2d 861 (Fla. 2d DCA 2007); Jones v. State, 901 So. 2d 126 (Fla. 2d DCA 2005) (table

decision); Anderson v. State, 779 So. 2d 345 (Fla. 2d DCA 2000); Harris v. State, 777

So. 2d 994 (Fla. 2d DCA 2000); Paul v. State, 830 So. 2d 953 (Fla. 5th DCA 2002).


MORRIS, BLACK, and ROTHSTEIN-YOUAKIM,JJ., Concur.